FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2016

No. 04-16-00757-CV

**IN RE CITY OF FLORESVILLE** and Cecelia Gonzalez-Dippel

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                 Karen Angelini, Justice
                 Marialyn Barnard, Justice

On November 19, 2016, relators filed a petition for writ of mandamus requesting this court to compel the members of the City Council of the City of Floresville to convene to canvass the votes from the general election held on November 8, 2016. Respondents and real parties in interest were permitted to file responses by November 19, 2016, at 5:00 p.m. This court has reviewed all documents filed. The court has determined that relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is GRANTED. TEX. R. APP. P. 52.8(c). This court's opinion will follow at a later date.

The members of the City Council of the City of Floresville are ORDERED to convene to canvass the votes from the general election held on November 8, 2016, by 11:59 p.m. on November 19, 2016.

It is so **ORDERED** on November 19, 2016.

_Marialyn Barnard_
Marialyn Barnard, Justice

---

[1] This court has jurisdiction pursuant to section 273.061 of the Texas Election Code which authorizes this court to issue a writ of mandamus to compel the performance of any duty imposed by law in connection with the holding of an election, regardless of whether the person responsible for performing the duty is a public officer. TEX. ELEC. CODE ANN. § 273.061 (West 2010).

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2016.



Keith E. Hottle
Clerk of Court